06-CR-05351-ORD

HON. RONALD B. LEIGHTON

FILED ___ LODGED
___ RECEIVED

JUL 5 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06-5351RBL |
| Plaintiff, | ORDER RE: JOINDER OF MOTIONS OF CODEFENDANTS |
| v. | |
| THOMAS MENDOZA-AGUILAR, | |
| Defendant. | |

DEFENDANT THOMAS MENDOZA-AGUILAR's motion to join in the motions of his codefendants unless his counsel specifically notifies the Court of his not wanting to join in said motion is GRANTED.

Dated this 5th day of July 2006.

HON. RONALD B. LEIGHTON

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817  FAX (206) 748-7821