HON. RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.  CR06-5351RBL |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | RE: DISCLOSURE OF |
| | ) | EXCULPATORY SENTENCING |
| THOMAS MENDOZA-AGUILAR, | ) | INFORMATION |
| | ) | |
| Defendant. | ) | |

DEFENDANT THOMAS MENDOZA-AGUILAR's Motion For Disclosure of Favorable Sentencing Information is GRANTED. The government shall disclose a copy of DEA SA Erin Bruce's ROI of the defendant's proffer on October 24, 2006 to the defendant's attorney at least two weeks prior to sentencing.

Dated this 23rd day of July 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE